## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MARK S. PRESCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-00551-JDL |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant, the United States of America, by and through undersigned counsel, hereby files and provides notice of its full and complete settlement of the instant action. Pursuant to Local Rule 41.1(a) of this Court, the parties will jointly execute and file the papers necessary to terminate the action as of record.

Dated: August 12, 2019  
      Portland, Maine

Respectfully submitted,

HALSEY B. FRANK  
United States Attorney

/s/ James D. Concannon_____  
James D. Concannon  
Assistant United States Attorney  
U.S. Attorney's Office  
100 Middle Street Plaza, East Tower  
Portland, ME 04101  
(207) 780-3257  
James.Concannon@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2019, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing(s) to all ECF-registered counsel of record who have entered appearances in this matter.

                                          HALSEY B. FRANK
                                          UNITED STATES ATTORNEY

                                          /s/ James D. Concannon
                                          Assistant U.S. Attorney
                                          100 Middle Street
                                          East Tower, 6th Floor
                                          Portland, ME 04101
                                          (207) 780-3257
                                          James.Concannon@usdoj.gov